**Electronically Filed
Supreme Court
SCPW-26-0000036
27-MAY-2026
07:58 AM
Dkt. 22 ODDP**

SCPW-26-0000036

IN THE SUPREME COURT OF THE STATE OF HAWAI'I
_____

HEIDI LEWIS, Petitioner,

vs.

DEPARTMENT OF HAWAIIAN HOMELANDS; HAWAIIAN HOMES COMMISSION,
Respondents.
_____

ORIGINAL PROCEEDING
(CAAP-23-0000620; CASE NO. 1CCV-23-0000002)

ORDER DENYING PETITIONS FOR WRIT OF MANDAMUS
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Wong, assigned by reason of vacancy)

Upon consideration of the petitions for writ of mandamus filed January 20 and February 7, 2026, and the record, recusal or disqualification of an agency official is not a ministerial act for which an extraordinary writ is appropriate. See Barnett v. Broderick, 84 Hawai'i 109, 111, 929 P.2d 1359, 1361 (1996); Salling v. Moon, 76 Hawai'i 273, 274 n.3, 874 P.2d 1098, 1099 n.3 (1994). An agency official's decision not to recuse may instead be reviewed on appeal. See Del Monte Fresh Produce (Hawaii),

Inc. v. Int'l Longshore & Warehouse Union, Local 142, AFL-CIO, 128 Hawai'i 289, 302, 287 P.3d 190, 203 (2012).

Also, a petition for writ of mandamus or other extraordinary writ is not intended to be used as a second appeal or in lieu of normal appellate procedures.  See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawai'i 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petitions are denied.

It is also ordered:  (1) the motion to proceed in forma pauperis is denied as moot; (2) the motions for stay[1] are denied; and (3) the motion for leave to file an amended and supplemented petition for writ of mandamus is denied as moot.

DATED:  Honolulu, Hawai'i, May 27, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Paul B.K. Wong

---

[1]     We construe the petition filed at docket 1 and the motion filed at docket 7 as motions for stay.